UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

CIV-DIMITROULEAS

CIVIL ACTION NO. 02-61456

_____ )
             )
             )
             )
             )
versus       )           MAGISTRATE JUDGE
             )               SELTZER
             )
_____ )
_____ )
             )
_____ )
             )
_____ )

ORIGINAL COMPLAINT

Writ of Habius Corpus to Federal Court

"We Are The children of the Dream called America; however, If the Prudance of Government is solicited unto us the Citizen, as mitigated hypocracy through the lips of pabulum puking hyprocrits; simply and only for the sake of Profit. Then I as a Federal Government officer AND, Col. of the MARINE corps, deem that Government is not legal and possesses NO MEANS to the rule of order."

I've done nothing against the written Law, nothing wrong what so ever. I made a statement to five federal peace officers and stated; I shall be enthe ballet and become Governor of Florida. And because I see the skimmy Activity of you shitty cops. Tearing and Destroying the will of the public. Stand Behind that badge with NO consideration to the Powers bestow Unto thee. We the People, Give You them Damn Powers,

Why Do we have to suffer, because the cannot use the rules of the Powers That be, with NO consequences. Is that the Damn United States WE Live IN!

I Ask this Federal Court to revee my plee to America. AND order the Federal Marshal's to releave me of such tyranny that deny and restrain, me from reaching the qualifing date of This Election!

My Campaign is FOR A NEW Idea Called The United Party!

And Judge, If you find that I've committed an violation of the written law; I pray that this court imposes and obligation On both the City of Plantation for the Arrest, and the County Of Broward for detain me. I ask that their debt be $1000 EACh, for every day they Accrued this Crimminal Activity!

LAW: is order that define the rule. Not order that deny or expurgate the rules

## America

"You are the rain that touch my sky,
   the rivers of Luv that ask me why,
And the Author of dreams, that never let me die!

I'll always Luv you, Please don't ask me why;
   because, when I feel you touch my soul,
my eyes are never dry!"

Yes, life hurt me, tigh my tears out of my eyes.
   I shall be the rain that touch your sky,
And you shall be the rivers, raging from my eyes;
   I swear to you America, the favorite of
my reign, shall never run dry.

What I have done is engraved in stone.
   The constituted lie is hereby gone.
I damn she want im away from Luv, if its my best
, Aint NO END IN BEING a marine

Yes, I touch the sky, when I spread my wings
   I touch the rain, when I decide to cry

My zeal is forever, damn it. I aint gonna die

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,

CASE NO: 02 7266MM10A

vs.

JUDGE: SUSAN LEBOW

Curtis Zar

Defendant

## MOTION FOR HEARING

COMES NOW THE DEFENDANT, Curtis Zar, pro se, pursuant to rule 3.190(a) of the Florida Rules of Criminal Procedure and moves this Court for a hearing on the following issue(s) of law.

In support thereof the Defendant would aver as follows: Promote the PANACEA for Florida and The America's, by a United "Vote".

### STATEMENT OF FACTS

That the Defendant believes he has meaningful litigation that needs to be brought before the Court for resolution in order to serve the ends of justice.

That the Defendant has a legal right to a hearing before the Court to request that 3/24/2002 was the INCeption for Americas WAR of PAN GeNesis, 5/1/2002 was decreed the Death of Uncle Sam Also, the birth of The United Nations of America! be granted and that the Defendant be present before the Court at said hearing so that he may argue the issue(s) of law related to the afore-mentioned cause.

P.S. 9/11 was a drop of water, compared to the oceans and the seas!

That rule 3.180 Florida Rules of Criminal Procedure affords the Defendant the right to be present at all pre-trial procedings.

WHEREFORE THE DEFENDANT prays this Honorable and able Court grant the requested hearing so that the issues at bar might be resolved upon the merits and in the Defendants presence.

Respectfully Submitted

_Curtis Zak_
Defendant:
Broward      Jail
Housing Unit 12-2-G-5

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforegoing "MOTION FOR HEARING" has been served on the Office of the State Attorney, The Honorable Judge: ~~Lockwood~~ SUSAN LEBOW Robert E. Lockwood, the Clerk of the Court for Broward County, and the Attorney of record for the Defendant, Curtis Zac . Service has been made by U.S. Mail or In-house legal mail on this 15 day of July , 02.

UN-NOTARIZED AFFIDAVIT

---

I Hereby Swear AND AFFIRM, under penalty of Perjury that the facts contained herein are true and correct to the best of my knowledge and ability

IN THE CIRCUIT COURT OF THE SEVENTEENTH
JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY

STATE OF FLORIDA,
    PLAINTIFF,

CASE NO.: 02 7264 MM10 A

JUDGE: SUSAN LEBOW

VS.

Curtis ZAR
    DEFENDANT.

## MOTION FOR APPOINTMENT OF CO-COUNSEL STATUS

Comes now the Defendant, Curtis ZAR Pro Se, and moves this Honorable Court to grant the Defendant Co-Counsel status. In support and grounds thereof, the Defendant would aver as follows:

1. The Defendant seeks Co-Counsel status for his upcoming trial, is familiar with the Florida Law in regards to the instant trial, theory of Defense and the issue which will be presented.

2. The Defendant will not disrupt the Court proceedings and will maintain the decorum expected of those with whom the privelege of speaking before the court is granted.

3. The Defendant respectfully invokes the right of Co-Counsel status, pursuant to Article one, Section sixteen of the Florida Constitution and further upon the sixth Ammendment of the United States Constitution.

Release Date:

y,

out

only

And these

taken, to our

him over

S 44
Rev. 12/96)

# CIVIL COVER SHEET - DIMITROULEAS

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**  Curtis Farr

**02-61456**

**DEFENDANTS**  Broward County
City of Plantation

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

3511 NW 16th St
Ft Laud FL 33311

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**MAGISTRATE JUDGE SELTZER**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

0:02 61456 WPD

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 443 Housing/Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE  SIGNATURE OF ATTORNEY OF RECORD
X

FOR OFFICE USE ONLY  OCT 15 2002
RECEIPT # 526413  AMOUNT 150.00  APPLYING IFP  JUDGE  MAG. JUDGE